No. 01–5900.  LEWIS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 01–5902.  LOPEZ MUNGUIA v. LOS ANGELES COUNTY SUPERIOR COURT ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 01–5904.  GOLDSTEIN v. PENNSYLVANIA UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.  Sup. Ct. Pa.  Certiorari denied.

No. 01–5911.  RICKS v. LANSING, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 01–5913.  BELTON v. MOORE, SUPERINTENDENT, WESTERN MISSOURI CORRECTIONAL CENTER. C. A. 8th Cir.  Certiorari denied.

No. 01–5914.  ARANDA v. CASON ET AL. C. A. 5th Cir.  Certiorari denied.

No. 01–5916.  PEMRICH v. LITSCHER, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS. C. A. 7th Cir.  Certiorari denied.

No. 01–5918.  DEDOBEAU v. TERHUNE ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–5920.  SMITH v. ALLIED SYSTEMS. C. A. 4th Cir.  Certiorari denied.

No. 01–5929.  LEWIS v. DUCHARME, SUPERINTENDENT, WASHINGTON STATE REFORMATORY. C. A. 9th Cir.  Certiorari denied.

No. 01–5930.  LUKENS v. COOK, DIRECTOR, OREGON DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 01–5932.  THOMAS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir.  Certiorari denied.

No. 01–5933.  WORD v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir.  Certiorari denied.